JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION | Case No. 5:20-cv-02242 AB (PVCx)<br><br>**[PROPOSED]** **ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br>James Hefflin v. Ford Motor Company, Central District of California, Case No. 5:20-cv-02242 AB (PVCx) | |

## ORDER DISMISSING ACTION WITH PREJUDICE

Pursuant to the Parties' Stipulation to Dismiss with Prejudice, and good cause appearing therefore, the above-entitled action is HEREBY DISMISSED WITH PREJUDICE.

IT IS SO ORDERED:

Dated: January 26, 2021

_____
Honorable André Birotte Jr.
U.S. District Court Judge

-1-